612     APPELLATE COURTS OF ILLINOIS.

Western Reserve Nat. Bank v. Supply Mfg. Co., 185 Ill. App. 612.

Western Reserve National Bank of Trumbull County, Ohio, Appellee, v. Supply Manufacturing Company, Appellant.

Gen. No. 19,277. (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. ISAAC HUDSON, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 31, 1914.

## Statement of the Case.

Action by Western Reserve National Bank of Trumbull County, Ohio, against Supply Manufacturing Company on several of a series of promissory notes given a manufacturer of printing presses by the defendant. The notes were secured by a chattel mortgage upon a press sold to the defendant and were assigned by the manufacturer to the plaintiff. Defendant filed special pleas setting out by way of recoupment a claim for damages suffered on account of a breach of warranty in the contract of sale. Demurrers were sustained to the pleas and judgment entered in favor of plaintiff. From the judgment, defendant appeals.

FOREMAN, LEVIN & ROBERTSON, for appellant.

LAVERN W. THOMPSON, for appellee.

MR. JUSTICE CLARK delivered the opinion of the court.

## Abstract of the Decision.

1. BILLS AND NOTES, § 246*—*defenses as against assignee when note secured by chattel mortgage.* Under section 25, ch. 95, R. S., J. & A. ¶ 7602, where notes are secured by a chattel mortgage and have been assigned, they are subject to the same defenses as they would be if suit were brought thereon by the payee.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

2. SET-OFF AND RECOUPMENT, § 28*—*when pleas for recoupment in suit on notes demurrable.* In an action on promissory notes given in settlement for a printing press sold to the defendant under a contract of sale which contained a guaranty that the press would produce certain results after a test and provided that settlement should be made upon fulfillment of the guaranty by payment of a certain amount in cash, a used press and the balance in notes secured by chattel mortgage, special pleas setting up by way of recoupment a claim for damages for breach of the guaranty *held* to be no defense to the action and demurrable, it appearing that settlement was to be made only after the press was demonstrated to do the work guarantied, and the pleas not alleging that the defendant delivered the old press or made the cash payment in accordance with the contract.